# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEVON STIGGER                          PLAINTIFF

v.                          5:19CV00030-JM-JTK

PATRICA SNYDER                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE